# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA

v.

SOL A. RODRIGUEZ DESSUS

CIVIL CASE 96-2178 (JAF)

| DESCRIPTION OF MOTION | | |
|---|---|---|
| DATE FILED: 3/26/01 | DOCKET #: 12 | TITLE: MOTION by USA [to Continue with foreclosure proceedings] |
| BY: Plaintiff | | |

### O-R-D-E-R

☒ GRANTED.
☐ DENIED.
☐ NOTED.
☐ MOOT.

OTHER:

_____4/2/2001_____         _____(signature)_____
DATE                            JOSE A. FUSTE
                                UNITED STATES DISTRICT JUDGE

(13)