# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



United States of America

v.

Sol A. Rodriguez Dessus

CIVIL CASE: 96-2178 (JAF)

## DESCRIPTION OF MOTION

| Date: 7/20/01 | Docket#: 15 | MOTION by USA |to Vacate scheduled sale| |
|---|---|---|
| By: Plaintiff | | |

### O-R-D-E-R

☑ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

_____
8/1/2001
Date

_____
Jose A. Fuste
United States District Judge

