UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br>    Plaintiff<br><br>          v.<br><br>SOL ANGELES RODRIGUEZ DESSUS<br>a/k/a SOL A. RODRIGUEZ DESSUS<br>a/k/a SOL RODRIGUEZ DESSUS<br>    Defendant | CIVIL NO. 96-2178 (JAF)<br><br>FORECLOSURE OF MORTGAGE |

**U.S.A'S MOTION REQUESTING CONTINUATION OF FORECLOSURE**

TO THE HONORABLE COURT:

COMES NOW the United States of America, through its undersigned attorneys, and most respectfully notifies this Honorable Court as follows:

1. This case was stayed because the defendant filed a bankruptcy petition Case Number B01-07590 (SEK).

2. The United States of America informs this Honorable Court that on July 11, 2002 the Bankruptcy Court dismissed the case. Copy of Order dated July 11, 2002 is hereby attached as **"Exhibit A".**

3. In view of the above, the United States of America wishes to continue with foreclosure proceedings in this case.

United States v. Sol A. Rodriguez Dessus
Civil No. 96-2178 (JAF)
Page 2

WHEREFORE, the United States of America, respectfully prays this Honorable Court to allow plaintiff's with the continuation of the foreclosure proceedings in the instant case to continue with the public sale.

In San Juan, Puerto Rico, this      day of           , 2004.

                        H. S. GARCIA
                        United States Attorney

s\ AGNES I. CORDERO
AGNES I. CORDERO
Assistant U.S. Attorney
U.S.D.C. No. 126101
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. 766-5656
Fax. 766-6219
Agnes.Cordero@usdoj.gov

SO ORDERED.

In San Juan, Puerto Rico, this      day of           , 2004.

JOSE A. FUSTE
United States District Court Judge