IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 01-07590 SEK

RODRIGUEZ DESSUS, SOL ANGELES

Chapter 13

FILED & ENTERED ON 7/11/2002

Debtor(s)

ORDER

For the reasons stated in Rural Development's Motion to Dismiss filed on 5/28/2002, which has not been opposed, this case is hereby dismissed. All pending matters are moot.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

San Juan, Puerto Rico, this 11 day of July, 2002.

*Sara E. De Jesus*
U.S. Bankruptcy Judge

c:   all creditors

Exhibit "A"