UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br>    Plaintiff<br><br>        v.<br><br>SOL ANGELES RODRIGUEZ DESSUS<br>    Defendant | CIVIL NO. 96-2178(JAF)<br><br>FORECLOSURE OF MORTGAGE |

**MOTION TO SET ASIDE SALE**

TO THE CLERK OF THIS COURT:

COMES NOW plaintiff, United States of America, through its undersigned counsel, and most respectfully notifies this Honorable Court as follows:

1. In the instant case, a public sale was set by the Marshal of this Court to be held on July 8, 2004 at 2:00 P.M.

2. That the defendant in this case Sol Angeles Rodriguez Dessus has filed for Bankruptcy (Chapter 13), Case No. B-04-07094(SEK) and the foreclosure proceedings are stayed, 11 U.S.C. § 362. (Copy of Notice of Filing Petition under Chapter 13 is attached hereto as **Exhibit "A"**).

**WHEREFORE**, the United States of America, respectfully requests that the judicial sale be stayed and the U.S. Marshal be notified of this Honorable Court's Order.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 8th day of July, 2004.

                            H.S. GARCIA
                            United States Attorney

                        s\ AGNES I. CORDERO
                            AGNES I. CORDERO - USDC 126101
                            Assistant U. S. Attorney
                            Suite 1201, Torre Chardón
                            350 Carlos E. Chardón Street
                            San Juan, Puerto Rico  00918
                            Tel. (787) 766-5656
                            Fax. (787) 766-6219

Case 3:96-cv-02178-JAF   Document 20   Filed 07/08/2004   Page 2 of 2

United States v. Sol Angeles Rodriguez-Dessus et al.
Civil No. 96-2178(JAF)
Page 2

agnes.cordero@usdoj.gov