RECEIVED AND FILED
CASHIER 2

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

SOL ANGELES RODRIGUEZ DESSUS

Debtor(s)

CASE NO. 04-07094

Chapter 13

### NOTICE OF FILING PETITION IN BANKRUPTCY UNDER CHAPTER 13 AND OF AUTOMATIC STAY OF SUITS

You are hereby notified that the above named Debtor has filed a petition under Chapter 13 of Title 11 United States Code on JUL - 6 2004.

Pursuant to the provisions of 11 USC 362, the filing of the petition by the above-named debtor operates as a stay of the commencement or continuation of any court or other proceeding against the debtor, of the enforcement of any judgment against him, of any act or the commencement or continuation of any court proceeding to enforce any lien on the property of the debtor, and of any court proceeding commenced for the purpose of rehabilitation of the debtor or the liquidation of his estate.

Your are further notified that under Bankruptcy Code, 11 USC 1301, a creditor may not act, or commence or continue any civil action, to collect all or any part of a consumer debt of the debtor from any individual that is liable of such debt with the debtor.

This notice is sent to you by order of the United States Bankruptcy Judge.

San Juan, Puerto Rico, this JUL - 6 2004

CELESTINO MATTA-MENDEZ, CLERK
UNITED STATES BANKRUPTCY COURT

by: [signature]

EXHIBIT "A"