U.S. Department of Justice  
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CIVIL NO. 96-2178 (JAF) |
| DEFENDANT | TYPE OF PROCESS |
| SOL A. RODRIGUEZ DESSUS aka SOL ANGELES RODRIGUEZ DESSUS | NOTICE OF SALE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

CLERK, U.S. DISTRICT COURT

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

San Juan, PR

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AGNES I. CORDERO  
Assistant U. S. Attorney  
Torre Chardón, Suite 1201  
350 Carlos E. Chardón Street  
San Juan, PR  00918  
Attn: Foreclosure Unit/GGB/ACR  
Claim No. 2003v00294

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

PLEASE INITIAL NOTICE OF SALE AND HOLD PENDING SALE. SERVE ONE COPY TO CLERK, U.S. COURT AND TWO TO OUR OFFICE.

Signature of Attorney other Originator requesting service on behalf of:  
AGNES I. CORDERO  
☐ PLAINTIFF  
☐ DEFENDANT  
TELEPHONE NUMBER: (787) 766-5656  
DATE: 5/24/04

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 69 | No. 69 | R.S. | 5-26-04 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 5-26-04  Time: 4:00  ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 20.00 | | | 20.00 | | |

REMARKS: ISSUED NOTICE OF SALE, COPY ATTACHED HERETO TO FILE WITH CLERK, RETURNED TWO COPIES TO REQUESTOR.

PRIOR EDITIONS MAY BE USED  
**PRINT 5 COPIES:**  
1. CLERK OF THE COURT  
2. USMS RECORD  
3. NOTICE OF SERVICE  
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.  
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285  
Rev. 12/15/80  
Automated 01/00